UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FUSION TELECOMMUNICATIONS INTERNATIONAL, INC.,**

     **Plaintiff(s),**

**v.**     CASE NO: 8:06-cv-398-T-30MAP

**JPE HOLDINGS, INC., et al.,**

     **Defendant(s).**
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. #11). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1)    This cause is dismissed without prejudice.

2)    All pending motions are denied as moot.

3)    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 16, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2006\06-cv-398.dismissal 11.wpd*